# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAWN ZAVEC, *et al.*,

   Plaintiffs,

v.

ROBERT COLLINS, BRIAN GIST, AND CITY OF WILKES-BARRE,

   Defendants.

NO. 3:16-CV-00347

(JUDGE CAPUTO)

## ORDER

**NOW**, this 23rd day of February, 2018, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 38) is **GRANTED in part and DENIED in part** as follows:

(A) Plaintiffs' ADA claim relating to Mr. Zavec is **DISMISSED with prejudice**.

(B) The Motion to Dismiss is **DENIED** in all other respects.

Defendants shall file answers to Plaintiffs' Third Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge